THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOME TRUST COMPANY, as Executor of ANDREW CARNEGIE, Deceased, Respondent, *v.* WALTER W. LAW, JR., et al., Constituting the State Tax Commission, Appellants.

*Tax — income tax — amount of transfer tax paid may be deducted by executor in making income tax return for estate of decedent.*

*Matter of Home Trust Co.* v. *Law* (*Carnegie*), 204 App. Div. 590, affirmed.

(Argued June 5, 1923; decided July 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 5, 1923, which reversed a determination of the state tax commission refusing to allow a deduction made upon an income tax return. The question was whether an executor in making a personal income tax return for the estate of a decedent during the period of administration may deduct from gross income, under subdivision 3 of section 360 of the Tax Law, the amount paid as a transfer tax under article 10 of the Tax Law. The Appellate Division held that the deduction was proper.

*Carl Sherman, Attorney-General* (*C. T. Dawes, James S. Y. Ivins* and *Laurence Graves* of counsel) for appellants.

*Arthur A. Ballantine* and *Robert P. Patterson* for respondent.

*C. Alexander Capron* and *Russell L. Bradford* for executors of Henry M. Tilford, deceased, interveners.

*Burt D. Whedon* and *Nathaniel S. Robinson* for Hiram E. Manville, intervener.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.